**D. C. Crawford, appellant, v. Cora Murray et al., appellees.**

Action on promissory notes. Judgment against plaintiff. Appeal from the Circuit Court of Williamson county; the Hon. D. T. Hartwell, Judge, presiding. Heard in this court at the October term, 1927. Affirmed. Opinion filed January 20, 1928.

J. E. Carr, for appellant. White & Quindry and Ray Henson, for appellees.

Mr. Justice Barry delvered the opinion of the court.

---

**Godfrey-Gallen Garage and Filling Station, Inc., appellant, v. The Importers & Exporters Insurance Company of New York, appellee.**

Action on fire insurance policy on furniture and machinery. Judgment for defendant. Appeal from the Circuit Court of St. Clair county; the Hon. George A. Crow, Judge, presiding. Heard in this court at the October term, 1927. Affirmed. Opinion filed January 20, 1928.

M. V. Joyce, for appellant. Farmer & Klingel, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.

---

**Larkin F. Brooks, administrator, plaintiff in error, v. Missouri Pacific Railroad Company, defendant in error.**

Action for death by wrongful act in failing to provide bridge with guardrails resulting in the death of child of tender years. Judgment for defendant. Error to the Circuit Court of Williamson county; the Hon. D. T. Hartwell, Judge, presiding. Heard in this court at the October term, 1927. Affirmed. Opinion filed January 20, 1928.

A. D. Morgan and E. M. Spiller, for plaintiff in error. Whitnel & Browning and White & Colp, for defendant in error.

Mr. Presiding Justice Barry delivered the opinion of the court.

---

**Frank Tomzik, by William Tomzik and Sophie Tomzik, appellant, v. Robert Sculley, appellee.**

Action to recover for personal injuries to child of tender years from automobile. Judgment for defendant. Appeal from the City Court of East St. Louis; the Hon. J. P. Mooneyham, Judge, presiding. Heard in this court at the October term, 1927. Affirmed. Opinion filed January 20, 1928.

J. E. Carr, for appellant. G. A. Hickman, for appellee.

Mr. Justice Newhall delivered the opinion of the court.

---

**Hog Haven Farms, Inc., appellee, v. Indiana Truck Company, appellant.**

Assumpsit for nondelivery of automobile truck. Judgment for plaintiff. Appeal from the Circuit Court of St. Clair county; the Hon. George A. Crow, Judge, presiding. Heard in this court at the October term, 1927. Reversed and cause remanded. Opinion filed January 20, 1928. Rehearing denied February 28, 1928.

W. F. Mayer, for appellant. Whitnel & Browning, for appellee.

Mr. Justice Newhall delivered the opinion of the court.